■ In the Matter of PATRICIA C. (ANONYMOUS), Respondent, v DOMINIC N. (ANONYMOUS), Appellant.—In a paternity proceeding, the appeal is from an order of filiation and support of the Family Court, Kings County, dated May 1, 1974, and made after a hearing. Order reversed, on the law and the facts, without costs, and proceeding dismissed. The evidence of paternity was not clear, convincing and entirely satisfactory. Rabin, Acting P. J., Martuscello, Latham, Margett and Munder, JJ., concur.